IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED APR 1 4 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE: § Chapter 7
§
INTERNATIONAL FILTER §
SOLUTIONS, INC. § Case No. 10-51383-LMC
§
DEBTOR §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Angela D. Nickel, Law Office of Angela D. Nickel, P.C., 105 E. Gonzales Street, Suite 205, Seguin, Texas 78155, will appear as counsel for Burton R. Nichols and Undertoe L.L.C. in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: April 12, 2010

Respectfully submitted,
LAW OFFICE OF ANGELA D. NICKEL, P.C.

By:_____
Angela D. Nickel
Texas Bar #05821600
105 E. Gonzales Street, Suite 205
Seguin, Texas 78155
Tel: 830.379.7227
Fax: 830.379.7228
Attorney for Burton R. Nichols and Undertoe LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents has been sent to Chance M. McGhee, Attorney for Debtor, via facsimile to #210.870.1539 and to Randolph N. Osherow, Trustee, via facsimile to #210.737.6312 on April 12, 2010.

_____
Angela D. Nickel

c:\active\nichols, burton\noticeofappearanceinternationalfilter.doc