# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

# Order Combined With Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 4/9/10 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
International Filter Solutions, Inc.
13636 W IH 10
Marion, TX 78124

| | |
|---|---|
| Case Number:<br>10–51383–lmc | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN:<br>14–1966458 |
| Attorney for Debtor(s) (name and address):<br>Chance M. McGhee<br>Davis Law Firm<br>909 NE Loop 410, Suite 100<br>San Antonio, TX 78209<br>Telephone number:  (210) 826–7557 | Bankruptcy Trustee Appointed By U.S. Trustee On 04/09/2010 (name and address) :<br>Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212<br>Telephone number:  (210) 738–3001 |

## Meeting of Creditors:
Date:  **May 13, 2010**                                                         Time:  **11:00 AM**
Location:  **San Antonio Room 333, U.S. Post Office Bldg., 615 E. Houston St., San Antonio, TX 78205**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>P. O. BOX 1439<br>SAN ANTONIO, TX 78295–1439<br><br>    Telephone number:  (210) 472–6720 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George D. Prentice II<br><br>*George Prentice* |
| Hours Open:  Monday – Friday      8:00 AM – 4:00 PM | Date:      4/12/10 |

| | **EXPLANATIONS** | **B9B (Official Form 9B) (12/07)** |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor or debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our *Case Management/Electronic Case Files (CM/ECF)* Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a *CM/ECF PACER subscription*. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0542-5          User: sanchezc              Page 1 of 2            Date Rcvd: Apr 12, 2010
Case: 10-51383                Form ID: B9B                Total Noticed: 47
```

The following entities were noticed by first class mail on Apr 14, 2010.
```
db          +International Filter Solutions, Inc.,    13636 W IH 10,    Marion, TX 78124-6583
aty         +Chance M. McGhee,    Davis Law Firm,    909 NE Loop 410, Suite 100,    San Antonio, TX 78209-1315
tr          +Randolph N Osherow,    342 W Woodlawn, Suite 100,    San Antonio, TX 78212-3314
14467902    +3-D Welding & Industrial Supply, Inc.,    3016 Highway 123,    San Macros, TX 78666-9777
14467903    +AMC Industries,    P.O. Box 171290,    San Antonio, TX 78217-8290
14467904    +Aquatic Eco Systems,    2395 Apopka Blvd. Ste. 100,    Apopka, FL 32703-7785
14467906    +Australian Global Services,    Injection Plastics Mfg Co.,    P.O. Box 380,    Lapaz IN 46537-0380
14467907    +Bead Filters International,    5261 Highland Rd., #345,    Baton Rouge, LA 70808-6547
14467908    +Bow Tie, Inc.,    P.O. Box 57900,    Los Angeles, CA 90057-0900
14467909    +Broadway National Bank,    1177 NE Loop 410,    P.O. Box 171250,    San Antonio, TX 78217-8250
14467911    +Community Development Loan Fund, Inc.,    225 West Poplar,    San Antonio, TX 78212-5549
14467912    +Diamond Plastics, Inc.,    211 West Geneva St.,    P.O. Box 99,    Dunkirk OH 45836-0099
14467913    +Employers Assurance Co.,    115 Wild Basin Rd. South, Ste. 200,    Austin, TX 78746-3303
14467914    +Guadalupe County Tax Office,    P.O. Box 70 (307 W. Court),    Seguin, TX 78156-0070
14467915    +Guadalupe Valley Electric Cooperative,    P.O. Box 118,    Gonzales, TX 78629-0118
14467916    +Hanor, Lively & Cernyar PLLC,    750 Rittiman Road,    San Antonio, TX 78209-5500
14467917    +Herren Enterprises,    46714 254th,    Crooks, SD 57020-5815
14467920    +James S. Frost,    Attorney at Law,    113 West Gonzales,    Seguin, Texas 78155-5630
14467921    +Kasco Marine, Inc.,    800 Deere Rd.,    Prescott, WI 54021-1241
14467922    +Key Instruments,    250 Andrews Rd.,    Trevose, PA 19053-3428
14467923    +Koi USA,    10292 Bouvias Rd.,    Anaheim, CA 92804-5614
14467924    +L.F. Manufacturing, Inc.,    P.O. Box 578,    Giddings, TX 78942-0578
14467925    +MDM, Inc. / Sequence Pumps, Inc.,    325 Karen Lane,    Colorado Springs, CO 80907-5128
14467928    +NDS, Inc.,    6228 Reliable Parkway,    Chicago, IL 60686-0001
14467927    +Natvar,    19555 E. Arenth Ave.,    City of Industry, CA 91748-1403
14467929    +Nichols, Burton K.,    3136 Bolton Rd.,    Marion, TX 78124-6002
14467930    +Office Depot,    P.O. Box 689020,    Des Moines, IA 50368-9020
14467931    +Performance Pro Pumps, Inc.,    5976 SE Alexandar St., Ste. F,    Hillsboro OR 97123-8516
14467932    +Praxair Distribution, Inc.,    550 Springfield Rd.,    San Antonio, TX 78219-1881
14467933    +Process Technology,    7010 Lindsay Dr.,    Mentor, OH 44060-4921
14467934    +Ronald F. Malone,    3218 Riverwalk Drive,    Baton Rouge, LA 70820-4341
14467935    +Ryan Herco,    3010 North San Fernando Blvd.,    Burbank, CA 91504-2524
14467936    +Sam D. Milsap, Jr.,    10999 IH 10 West, Suite 800,    San Antonio, TX 78230-1349
14467937    +Savard Plumbing Co.,    Dept. LA  21074,    Pasadena, CA 91185-0001
14467938    +Undertoe, LLC,    13636 W. IH 10,    Marion, TX 78124-6583
14467939     United States Attorney,    Taxpayer Division,    601 N.W. Loop 410, Suite 600,
              San Antonio, TX  78216-5512
14467940    +United States Attorney General,    Main Justice Bldg., Rm 5111,    10th & Constitution Ave.,N.W.,
              Washington, D.C 20530-0001
14467941    +Weiss-Rohlig USA, LLC,    351 W. Touhy Ave., Suite 100,    Des Plaines, IL 60018-6215
14467942    +William B. Kingman, Attorney at Law,    4040 Broadway #450,    San Antonio, TX 78209-6351
14467943    +Williams Supply Company,    P.O. Box 65054,    San Antonio, TX 78265-5054
14467944    +Wolverine Electrical Contractors, Inc.,    102 Woodcrest,    San Antonio, TX 78209-2933
14467945    +YRC Inc,    P.O. Box 111,    Akron, OH 44393-0001
```

The following entities were noticed by electronic transmission on Apr 12, 2010.
```
tr          +EDI: QRNOSHEROW.COM Apr 12 2010 18:33:00      Randolph N Osherow,    342 W Woodlawn, Suite 100,
              San Antonio, TX 78212-3314
ust          E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                           United States Trustee - SA12,
              US Trustee's Office,    615 E Houston, Ste 533,    PO Box 1539,    San Antonio, TX  78295-1539
14467905    +EDI: ATTWIREBK.COM Apr 12 2010 18:28:00      AT&T,    P.O. Box 5001,    Carol Stream, IL 60197-5001
14467910    +EDI: CHASE.COM Apr 12 2010 18:33:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
14467918     EDI: IRS.COM Apr 12 2010 18:33:00      Internal Revenue Service,    Insolvency II, STOP 5026 AUS,
              300 E. 8th St.,    Austin, TX 78701
14467926    +E-mail/Text: legaldept@mscdirect.com                           MSC,    28551 Laura Court,
              Elkhart, IN 46517-1179
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14467919*   +International Filter Solutions, Inc.,    13636 W IH 10,    Marion, TX 78124-6583
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2010**          **Signature:**          *Joseph Speetjens*