# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 10–51383–lmc
Chapter No.: 7
Judge: Leif M. Clark

IN RE: **International Filter Solutions, Inc.**,
Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above–named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**7/19/10** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above–named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on an official form prescribed for proofs of claim obtainable from most legal stationery stores or from the office of the Clerk****.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

MAIL ORIGINAL PROOF OF CLAIM TO:   MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
P. O. BOX 1439
SAN ANTONIO, TX 78295–1439

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 4/20/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Western District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor: International Filter Solutions, Inc. | Case Number: 10-51383-lmc |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    **Nature of property or right of setoff:** ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
    **Describe:**

    **Value of Property: $**_____ **Annual Interest Rate**\_\_\_**%**

    **Amount of arrearage and other charges as of time case filed included in secured claim,**

    **if any: $**_____ **Basis for perfection:** _____

    **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

*\*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____   _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0542-5           User: hernandez            Page 1 of 2              Date Rcvd: Apr 20, 2010
Case: 10-51383                 Form ID: 148               Total Noticed: 48
```

The following entities were noticed by first class mail on Apr 22, 2010.

```
db         +International Filter Solutions, Inc.,   13636 W IH 10,   Marion, TX 78124-6583
14467902   +3-D Welding & Industrial Supply, Inc.,   3016 Highway 123,   San Macros, TX 78666-9777
14467903   +AMC Industries,   P.O. Box 171290,   San Antonio, TX 78217-8290
14467905   +AT&T,   P.O. Box 5001,   Carol Stream, IL 60197-5001
14467904   +Aquatic Eco Systems,   2395 Apopka Blvd. Ste. 100,   Apopka, FL 32703-7785
14467906   +Australian Global Services,   Injection Plastics Mfg Co.,   P.O. Box 380,   Lapaz IN 46537-0380
14467907   +Bead Filters International,   5261 Highland Rd., #345,   Baton Rouge, LA 70808-6547
14467908   +Bow Tie, Inc.,   P.O. Box 57900,   Los Angeles, CA 90057-0900
14467909   +Broadway National Bank,   1177 NE Loop 410,   P.O. Box 171250,   San Antonio, TX 78217-8250
14472648   +Burton R. Nicols,   c/o Angela D. Nickel,   105 E. Gonzales Street, #205,   Seguin, TX 78155-5639
14467910   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14467911   +Community Development Loan Fund, Inc.,   225 West Poplar,   San Antonio, TX 78212-5549
14467912   +Diamond Plastics, Inc.,   211 West Geneva St.,   P.O. Box 99,   Dunkirk OH 45836-0099
14467913   +Employers Assurance Co.,   115 Wild Basin Rd. South, Ste. 200,   Austin, TX 78746-3303
14467914   +Guadalupe County Tax Office,   P.O. Box 70 (307 W. Court),   Seguin, TX 78156-0070
14467915   +Guadalupe Valley Electric Cooperative,   P.O. Box 118,   Gonzales, TX 78629-0118
14467916   +Hanor, Lively & Cernyar PLLC,   750 Rittiman Road,   San Antonio, TX 78209-5500
14467917   +Herren Enterprises,   46714 254th,   Crooks, SD 57020-5815
14467918  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Internal Revenue Service,   Insolvency II, STOP 5026 AUS,
             300 E. 8th St.,   Austin, TX 78701)
14467920   +James S. Frost,   Attorney at Law,   113 West Gonzales,   Seguin, Texas 78155-5630
14467921   +Kasco Marine, Inc.,   800 Deere Rd.,   Prescott, WI 54021-1241
14467922   +Key Instruments,   250 Andrews Rd.,   Trevose, PA 19053-3428
14467923   +Koi USA,   10292 Bouvias Rd.,   Anaheim, CA 92804-5614
14467924   +L.F. Manufacturing, Inc.,   P.O. Box 578,   Giddings, TX 78942-0578
14467925   +MDM, Inc. / Sequence Pumps, Inc.,   325 Karen Lane,   Colorado Springs, CO 80907-5128
14467928   +NDS, Inc.,   6228 Reliable Parkway,   Chicago, IL 60686-0001
14467927   +Natvar,   19555 E. Arenth Ave.,   City of Industry, CA 91748-1403
14467929   +Nichols, Burton K.,   3136 Bolton Rd.,   Marion, TX 78124-6002
14467930   +Office Depot,   P.O. Box 689020,   Des Moines, IA 50368-9020
14467931   +Performance Pro Pumps, Inc.,   5976 SE Alexandar St., Ste. F,   Hillsboro OR 97123-8516
14467932   +Praxair Distribution, Inc.,   550 Springfield Rd.,   San Antonio, TX 78219-1881
14467933   +Process Technology,   7010 Lindsay Dr.,   Mentor, OH 44060-4921
14467934   +Ronald F. Malone,   3218 Riverwalk Drive,   Baton Rouge, LA 70820-4341
14467935   +Ryan Herco,   3010 North San Fernando Blvd.,   Burbank, CA 91504-2524
14467936   +Sam D. Milsap, Jr.,   10999 IH 10 West, Suite 800,   San Antonio, TX 78230-1349
14467937   +Savard Plumbing Co.,   Dept. LA  21074,   Pasadena, CA 91185-0001
14474023   +Southeastern Freight Lines,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126
14472649   +Undertoe L.L.C.,   c/o Angela D. Nickel,   105 E. Gonzales Street, #205,   Seguin, TX 78155-5639
14467938   +Undertoe, LLC,   13636 W. IH 10,   Marion, TX 78124-6583
14467939    United States Attorney,   Taxpayer Division,   601 N.W. Loop 410, Suite 600,
             San Antonio, TX  78216-5512
14467940   +United States Attorney General,   Main Justice Bldg., Rm 5111,   10th & Constitution Ave.,N.W.,
             Washington, D.C 20530-0001
14467941   +Weiss-Rohlig USA, LLC,   351 W. Touhy Ave., Suite 100,   Des Plaines, IL 60018-6215
14467942   +William B. Kingman, Attorney at Law,   4040 Broadway #450,   San Antonio, TX 78209-6351
14467943   +Williams Supply Company,   P.O. Box 65054,   San Antonio, TX 78265-5054
14467944   +Wolverine Electrical Contractors, Inc.,   102 Woodcrest,   San Antonio, TX 78209-2933
14467945   +YRC Inc,   P.O. Box 111,   Akron, OH 44393-0001
```

The following entities were noticed by electronic transmission on Apr 20, 2010.

```
14467926   +E-mail/Text: legaldept@mscdirect.com                           MSC,   28551 Laura Court,
             Elkhart, IN 46517-1179
14478045   +E-mail/Text: legaldept@mscdirect.com                           MSC Industrial Supply Company,
             Attn: Legal Department,   75 Maxes Rd.,   Melville, NY 11747-3151
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14467919*  +International Filter Solutions, Inc.,   13636 W IH 10,   Marion, TX 78124-6583
                                                                                        TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2010**                    **Signature:**      *Joseph Speetjens*