IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN THE MATTER OF:                                                            CASE NO. 10-51383

INTERNATIONAL FILTER SOLUTIONS, INC.

   DEBTOR                                                                CHAPTER 7

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

  Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Guadalupe in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: May 13, 2010

                                                                  Respectfully submitted,

                                                                  McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                                  Attorneys for Claimant, County of Guadalupe
                                                                  P. O. Box 1269
                                                                  Round Rock, Texas 78680
                                                                  (512) 323-3200

                                                                  /s/ Lee Gordon
                                                                  _____
                                                                  Lee Gordon
                                                                  State Bar Number 08212500

CERTIFICATE OF SERVICE

  I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Chance McGhee, Attorney for Debtor, 909 NE Loop 410, Ste. 100, San Antonio, TX 78209; Randolph Osherow, Trustee, 342 W. Woodlawn, STe. 100, San Antonio, TX 78212, on May 13, 2010, by First Class U. S. Mail or by Electronic Notification.

                                                                  /s/ Lee Gordon
                                                                  _____
                                                                  Lee Gordon