## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re   **International Filter Solutions, Inc.**                    Case No.    **10-51383**

Chapter    **7**

*AMENDED*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 5 | $194,721.91 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $169,624.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 7 | | $423,788.90 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 17 | $194,721.91 | $593,413.61 | |

In re  **International Filter Solutions, Inc.**                              Case No.   **10-51383**
                                                                                        (if known)

### AMENDED
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TexStar National Bank - operating checking account ending 6178 | $41.98 |
| | | Broadway Bank - est. balance in operating checking ending 7085. | $59.90 |
| | | Broadway Bank - payroll account ending 7086 | $5.03 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re  **International Filter Solutions, Inc.**                    Case No.  __10-51383_____

                                                                                    (if known)

*AMENDED*
# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | est.  customer accounts receivable | | $1,150.00 |
| | | est. accounts receivable - HydroC Currently, this is an uncollectible account, Hydro Composites LLC ) ("Hydro") is a company that was a supplier to International Filter Solutions, Inc. ("IFS") (both companies had the same owners).    Hydro has operated at a loss/ break-even since created 08/2007.  IFS provided funds i.e. to make payroll or purchase materials,etc. for Hydro over past 2 1/2 years or so.  These transactions are listed under accounts receivable on IFS balance sheet but appears to be a line of credit that was provided from IFS to Hydro.  In the beginning of Hydro, IFS was basically Hydro's sole customer and IFS relied upon Hydro to provide its | | Unknown |

In re  **International Filter Solutions, Inc.**

Case No.  **10-51383**

(if known)

*AMENDED*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
| --- | --- | --- | --- | --- |
| | | primary component of its filters that IFS sold to its customers. From reviewing financials, actually, IFS should have had a higher cost of goods sold amount that should have been paid to Hydro and therefore, showing less profit and reducing this line of credit or basically wash account to Hydro. | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible claim against Bead Filters International<br><br>Possible claim against Burt Nichols | | Unknown<br><br>Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re  **International Filter Solutions, Inc.**                    Case No.  __10-51383__

                                                                              (if known)

### AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Assets of IFS as attached hereto as Exhibit "A"  Currently, access to the assets of IFS has been denied due to Undertoe, LLC (the landlord) and/or Burton Nichols changing the locks at the location of 13636 W IH 10, Marion TX 78124.  (Broadway has first lien security agreement against IFS equipment & inventory) (2nd lien held by Community Development Loan Fund, Inc.) | | $193,465.00 |
| | | 40 Ft. Trailer | | $1,750.00 |
| | | 1998 Nissan Forklift | | $1,500.00 |
| 30. Inventory. | X | | | |

In re  **International Filter Solutions, Inc.**                     Case No.   <u>10-51383</u>

                                                                              (if known)

### *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | <u>    4    </u> continuation sheets attached | **Total >** | **$197,971.91** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

# Manufacturing and Warehouse Equipment from International Filter Solutions, Inc.

| Description | Price |
|---|---|
| Sector Technolgies- 2007 Prostar CNC Plasma Cutter with 6 ft x 10 ft water table and dual gear driven gantry. Skid-Opcon w/ misc hardware, Skid-micro edge, 16 ft rails, pedestals and Hypertherm powermax 1250 plasma cutter. Cuts material up to 3/4" thick | $30,000.00 |
| Custom bead machine system for manufacturing "enhanced nitrification" media. 15 hp 3 phase Baldor motor with variable frequency drive for controlling roller speed and single phase inverter. 500 lb hopper capacity, 440 hardened steel machined rollers, heavy duty roller bearings and transmission. Shaker table system with vaccum and blower for cleaning then moving media into a 9,000 lb polyethylene storage bin with dump valve. Entire crushing machine is mounted on a steel platform with staircase for access. System can run as much as 1000 lbs/ hr. | $30,000.00 |
| Miller: 2007 Millermatic 350P Wire feed Mig Welder setup for Aluminum or Stainless Steel welding. Unit includes Python stinger and digital settings. Uses helium or argon gas for shield. | $1,750.00 |
| 5086 1/8" perforated aluminum sheet with 1/8" holes on a 3/16" stagger, 40% open area. (24) 84" x 48" sheets for use with PG50 filters and (30) 96" x 48" sheets for use with PG75 filters. **requires 2 sheets per filter screen. Includes (13) 24 ft sticks of 2" square 6063 aluminum tubing for screen supports and 1" x 2" square tubing for trigger supports. | $3,000.00 |
| Large pvc fittings and pipe for PG50 and 75 construction along with distributions plates. Includes 4" to 8" fittings of a variety of types. | $2,385.00 |
| Large variety of 316 ss bolt, washers and nuts for screen retention, air chambers, windows. Bolt sizes range from 1/4" to 3/4" bolts | $650.00 |
| Jet GH-1440W-1 metal lathe and tooling accessories. Includes several chucks, tooling blades, machinist reference books and more. | $4,000.00 |
| 2001 Nissan 80, 8,000 lb dual wheel propane forklift w/ 8 ft forks. 3300 hrs | $10,000.00 |
| 1996 Mitsubishi 2,500 lb propane forklift. Includes extended forks | $2,500.00 |
| 9 ft x 24" shelving in assembly area ( 11  uprights and  50  beams) with grating<br>20 ft x 42" shelving ( 11 uprights and  30  beams)<br>14 and 16 ft x 42" shelving ( 34 uprights and  116  beams) with some cross bracing<br>Extra beams included          Total all uprights: 60     Total al beams: 215<br>Heavy beam sheet rack with 4 shelves | $4,000.00 |
| Delta vertical bench and disk sander. Includes stand, 120 volt | $300.00 |
| 96" x 48" x 3/8" thick steel work tables (qty 2) | $400.00 |
| 2008 Steel City 10" Commercial table saw with 96" x 96" cutting area table, 220 volt, single phase | $750.00 |
| Dayton 6" vertical band saw with diamond grit blade | $250.00 |
| Spare baldor 10 hp motor for Bead Machine Single phase 220v | $350.00 |
| Office shipping scale for packages and mail | $50.00 |
| Large polytank storage bin with stand capacity 9,000 lbs | $1,500.00 |
| All office computers (6 units) of various types | $750.00 |
| Office HP lazer multi function fax, copier, scanner, printer | $100.00 |

| | |
|---|---:|
| HP deskjet printer | $35.00 |
| HP deskjet 5600 printer | $35.00 |
| Office file cabinets | $150.00 |
| Office furniture, desks, chairs, credenzas | $750.00 |
| Steel Molds for rotomolding PG2 filter and PG7 distribution located at Polytank, Inc. Litchfield, MN | $4,000.00 |
| Cast Aluminum Mold for rotomolding PG7 filter located at Diamond Plastics Dunkirk, OH | $35,000.00 |
| Cast Aluminum Molds for BBF-1, BBF-2 and BBF-4 Bubble Bead Filters located at Diamond Plastics | $33,560.00 |
| Molds for PG75 filter located at LF Manufacturing Inc., Giddings, TX | $16,500.00 |
| Misc Inventory parts, PVC, tubing, pumps, filter hulls, bead media etc | $40,000.00 |
| Misc. hand tools | $700.00 |
| 2006, 40 ft flat bed gooseneck trailer with 5000 lb capacity VID# 5L8GF402551002938, Plate # 49ZTXV | $1,750.00 |
| 1999 Nissan Forklift JP50LP serial # 9H2453, 5,000 hrs, needs mechanical work | $1,500.00 |
| **Total All Assets** | **$226,715.00** |

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx8007**<br><br>**Broadway National Bank**<br>**1177 NE Loop 410**<br>**P.O. Box 171250**<br>**San Antonio, TX  78217** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security agreement**<br>COLLATERAL:<br>**Assets of IFS (Broadway has first lien security ag**<br>REMARKS:<br><br><br>VALUE:                    **$193,465.00** | | | | $94,879.12 | |
| ACCT #:<br><br>**Community Development Loan Fund, Inc**<br>**225 West Poplar**<br>**San Antonio, TX  78212** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**2nd lien security agreement**<br>COLLATERAL:<br>**Assets of IFS (Broadway has first lien security ag**<br>REMARKS:<br><br><br>VALUE:                    **$193,465.00** | | | | $74,745.59 | |
| ACCT #:<br><br>**Wells Fargo Financial Leasing Manufacti**<br>**300 Tri State International Suite 400**<br>**Lincolnshire, IL 60069-4417** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lease agreement**<br>COLLATERAL:<br>**1998 Nissan Forklift**<br>REMARKS:<br><br><br>VALUE:                    **$1,500.00** | | | | $0.00 | |
| | | | | | | | |

|  |  |
|---|---|
| Subtotal (Total of this Page) > | $169,624.71 | $0.00 |
| Total (Use only on last page) > | $169,624.71 | $0.00 |

<u>   No   </u> continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**3-D Welding & Industrial Supply, Inc.**<br>**3016 Highway 123**<br>**San Macros, TX 78666** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $12.00 |
| ACCT #: **xxxxxxx#x- xxxxxx; xxxxxx; xx7140**<br>**AMC Industries**<br>**P.O. Box 171290**<br>**San Antonio, TX 78217** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $2,836.69 |
| ACCT #: **xxxxxxx#x xxxxxxxx; xxxx9678**<br>**Aquatic Eco Systems**<br>**2395 Apopka Blvd. Ste. 100**<br>**Apopka, FL 32703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $704.93 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | | | $293.07 |
| ACCT #:<br>**Australian Global Services**<br>**Injection Plastics Mfg Co.**<br>**P.O. Box 380**<br>**Lapaz IN 46537** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $403.60 |
| ACCT #:<br>**Bead Filters International**<br>**5261 Highland Rd., #345**<br>**Baton Rouge, LA 70808** | | DATE INCURRED:<br>CONSIDERATION:<br>**royalties due under licensing agreement**<br>REMARKS: | | | | $87,086.93 |

Subtotal > $91,337.22

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

___7___ continuation sheets attached

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing:<br>**Bead Filters International** | | Hanor, Lively & Cernyar PLLC<br>750 Rittiman Road<br>San Antonio, TX  78209 | | | | **Notice Only** |
| Representing:<br>**Bead Filters International** | | Ronald F. Malone<br>3218 Riverwalk Drive<br>Baton Rouge, LA  70820 | | | | **Notice Only** |
| ACCT #:<br>**Bow Tie, Inc.**<br>P.O. Box 57900<br>Los Angeles, CA  90057 | | DATE INCURRED:<br>CONSIDERATION:<br>**Advertising**<br>REMARKS: | | | | $1,470.50 |
| ACCT #:  xxxx-xxxx-xxxx-4776<br>**Chase**<br>P.O. Box 15298<br>Wilmington, DE 19850 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $34,814.48 |
| ACCT #:  xx7847<br>**Diamond Plastics, Inc.**<br>211 West Geneva St.<br>P.O. Box 99<br>Dunkirk OH  45836 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $14,119.91 |
| ACCT #:<br>**Employers Assurance Co.**<br>115 Wild Basin Rd. South, Ste. 200<br>Austin, TX  78746 | | DATE INCURRED:<br>CONSIDERATION:<br>**worker's comp insurance**<br>REMARKS: | | | | $305.12 |

Sheet no. ____1____ of ____7____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $50,710.01

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Guadalupe County Tax Office**<br>**P.O. Box 70 (307 W. Court)**<br>**Seguin, TX 78155** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Property taxes**<br>REMARKS: | | | | $7,282.27 |
| ACCT #:<br>**Guadalupe Valley Electric Cooperative**<br>**P.O. Box 118**<br>**Gonzales, TX 78629** | | DATE INCURRED:<br>CONSIDERATION:<br>**utility**<br>REMARKS: | | | | $188.63 |
| ACCT #:  **xxxxxxx# xxxxx; x5134**<br>**Herren Enterprises**<br>**46714 254th**<br>**Crooks, SD 57020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $3,275.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xx-x4564**<br>**Kasco Marine, Inc.**<br>**800 Deere Rd.**<br>**Prescott, WI 54021** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $3,700.32 |
| ACCT #:  **xx2737**<br>**Key Instruments**<br>**250 Andrews Rd.**<br>**Trevose, PA 19053** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $590.68 |

Sheet no. ___2___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                 $15,036.90

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx# xxxx; 9694<br>**Koi USA**<br>10292 Bouvias Rd.<br>Anaheim, CA 92804 | | DATE INCURRED:<br>CONSIDERATION:<br>**Advertising**<br>REMARKS: | | | | $890.00 |
| ACCT #:  x6046<br>**L.F. Manufacturing, Inc.**<br>P.O. Box 578<br>Giddings, TX 78942 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $16,518.75 |
| ACCT #:<br>**Law Office of Angela D. Nickel, P.C.**<br>105 E. Gonzales Street, Ste. 205<br>Seguin, Texas 78155 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx2041<br>**MDM, Inc. / Sequence Pumps, Inc.**<br>325 Karen Lane<br>Colorado Springs, CO 80907 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $318.47 |
| ACCT #:  xxxxxxx# xxxxxxxx; xxxx8030<br>**MSC**<br>28551 Laura Court<br>Elkhart, IN 46517 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $118.47 |
| ACCT #:  xxx1789<br>**Natvar**<br>19555 E. Arenth Ave.<br>City of Industry, CA 91748 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $212.13 |

Sheet no. _____3_____ of _____7_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $18,057.82

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xx5250<br>**NDS, Inc.**<br>**6228 Reliable Parkway**<br>**Chicago, IL  60686** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $2,658.15 |
| ACCT #:<br>**Nichols, Burton K.**<br>**3136 Bolton Rd.**<br>**Marion, TX  78124** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Promissory note**<br>REMARKS: | | | X | $152,152.47 |
| **Representing:**<br>**Nichols, Burton K.** | | **James S. Frost**<br>**Attorney at Law**<br>**113 West Gonzales**<br>**Seguin, Texas  78155** | | | | Notice Only |
| ACCT #:  xxxx-xxxx-xxxx-7272<br>**Office Depot**<br>**P.O. Box 689020**<br>**Des Moines, IA  50368** | X | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $795.95 |
| ACCT #:  xxxxxxx# xxxxx; x1566<br>**Performance Pro Pumps, Inc.**<br>**5976 SE Alexandar St., Ste. F**<br>**Hillsboro OR  97123** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,760.00 |
| ACCT #:  xxxxxxx# xxxxxxxx; xxxxxxxx; xxxx<br>**Praxair Distribution, Inc.**<br>**550 Springfield Rd.**<br>**San Antonio, TX  78219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS:<br>**additional invoice# 36081559** | | | | $154.80 |

Sheet no. _____4_____ of _____7_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal >    $157,521.37

                                                        Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  x4292<br>**Process Technology**<br>7010 Lindsay Dr.<br>Mentor, OH  44060 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $21,663.70 |
| ACCT #:  xxxxxxx# xxxxxxx; xxxxxxx; xxx012<br>**Ryan Herco**<br>3010 North San Fernando Blvd.<br>Burbank, CA  91504 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS:<br>**additional# 6732969; 6736599; 6741005; 6742673** | | | | $9,279.24 |
| ACCT #:<br>**Sam D. Milsap, Jr.**<br>10999 IH 10 West, Suite 800<br>San Antonio, TX  78230 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $49,548.38 |
| ACCT #:  xxx6078<br>**Savard Plumbing Co.**<br>Dept. LA 21074<br>Pasadena, CA  91185 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $131.46 |
| ACCT #:<br>**Ted Brockman**<br>9147 Powhatan Drive<br>San Antonio, Texas  78230 | | DATE INCURRED:<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | $55,000.00 |
| ACCT #:<br>**Undertoe, LLC**<br>13636 W. IH 10<br>Marion, TX  78124 | | DATE INCURRED:<br>CONSIDERATION:<br>**Contract/Lease**<br>REMARKS:<br>**commercial lease of space** | | | | Unknown |

Sheet no. _____5_____ of _____7_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $135,622.78 |
| Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**United States Attorney**<br>**Taxpayer Division**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, TX 78216-5512** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**United States Attorney General**<br>**Main Justice Bldg., Rm 5111**<br>**10th & Constitution Ave.,N.W.**<br>**Washington, D.C. 20530** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Weiss-Rohlig USA, LLC**<br>**351 W. Touhy Ave., Suite 100**<br>**Des Plaines, IL 60018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$4,023.50** |
| ACCT #:<br>**William B. Kingman, Attorney at Law**<br>**4040 Broadway #450**<br>**San Antonio, TX 78209** | | DATE INCURRED:<br>CONSIDERATION:<br>**NOTICE**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx# xxxxx; xxxxxx; xx925A**<br>**Williams Supply Company**<br>**P.O. Box 65054**<br>**San Antonio, TX 78265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS:<br>**additional invoice# 37739A; 38384A; 37564A** | | | | **$660.32** |
| ACCT #:  **2777**<br>**Wolverine Electrical Contractors, Inc.**<br>**102 Woodcrest**<br>**San Antonio, TX 78209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$4,950.00** |

Sheet no. _____6_____ of _____7_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$9,633.82**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**YRC Inc**<br>**P.O. Box 111**<br>**Akron, OH  44393** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $868.98 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___7___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $868.98 |
| Total > | $478,788.90 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

IN RE:   International Filter Solutions, Inc.                    CASE NO    10-51383

CHAPTER   7

*AMENDED*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  *May 26, 2010*                              Signature _____

                                                          Christopher Mills
                                                          President


Date _____           Signature _____

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  International Filter Solutions, Inc.

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *President* _____ of the _____ Corporation _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ 1 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _May 26, 2010_____  Signature _____

Christopher Mills
President

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

## **Add**

Law Office of Angela D. Nickel, P.C.
105 E. Gonzales Street, Ste. 205
Seguin, Texas  78155


Ted Brockman
9147 Powhatan Drive
San Antonio, Texas  78230


Wells Fargo Financial Leasing
Manufacturer Services Group
300 Tri State International Suite 400
Lincolnshire, IL 60069-4417

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

**International Filter Solutions, Inc.**                     **CASE NO.:** 10-51383

           DEBTOR(S)                                               CHAPTER 7

### CERTIFICATE OF SERVICE

On May 26, 2010, a copy of this document was mailed via first class mail and/or electronically noticed to the following as well as to the added creditors on the attached amended matrix:

International Filter Solutions, Inc.
13636 W IH 10
Marion, TX  78124

Chapter 7 Trustee
Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212

U. S. Trustee
P.O. Box 1539
San Antonio, TX 78295

                        Respectfully submitted,

                        DAVIS LAW FIRM
                        909 N.E. Loop 410, Ste. 100
                        San Antonio, Texas  78209
                        (210) 826-6446
                        (210) 870-1539 FAX

                        By:_____
                        Chance M. McGhee
                        State Bar No 00791226
                        James E. Bailey, III
                        State Bar No. 01524990
                        Joseph W. Shulter
                        State Bar No. 18322800
                        Attorney for Debtor(s)

3-D Welding & Industrial Supply
3016 Highway 123
San Macros, TX 78666

Community Development Loan Fund
225 West Poplar
San Antonio, TX 78212

Kasco Marine, Inc.
800 Deere Rd.
Prescott, WI 54021


AMC Industries
P.O. Box 171290
San Antonio, TX 78217

Diamond Plastics, Inc.
211 West Geneva St.
P.O. Box 99
Dunkirk OH 45836

Key Instruments
250 Andrews Rd.
Trevose, PA 19053


Aquatic Eco Systems
2395 Apopka Blvd. Ste. 100
Apopka, FL 32703

Employers Assurance Co.
115 Wild Basin Rd. South, Ste.
Austin, TX 78746

Koi USA
10292 Bouvias Rd.
Anaheim, CA 92804


AT&T
P.O. Box 5001
Carol Stream, IL 60197

Guadalupe County Tax Office
P.O. Box 70 (307 W. Court)
Seguin, TX 78155

L.F. Manufacturing, Inc.
P.O. Box 578
Giddings, TX 78942


Australian Global Services
Injection Plastics Mfg Co.
P.O. Box 380
Lapaz IN 46537

Guadalupe Valley Electric Coope
P.O. Box 118
Gonzales, TX 78629

Law Office of Angela D. Nickel
105 E. Gonzales Street, Ste. 2
Seguin, Texas 78155


Bead Filters International
5261 Highland Rd., #345
Baton Rouge, LA 70808

Hanor, Lively & Cernyar PLLC
750 Rittiman Road
San Antonio, TX 78209

MDM, Inc. / Sequence Pumps, In
325 Karen Lane
Colorado Springs, CO 80907


Bow Tie, Inc.
P.O. Box 57900
Los Angeles, CA 90057

Herren Enterprises
46714 254th
Crooks, SD 57020

MSC
28551 Laura Court
Elkhart, IN 46517


Broadway National Bank
1177 NE Loop 410
P.O. Box 171250
San Antonio, TX 78217

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Natvar
19555 E. Arenth Ave.
City of Industry, CA 91748


Chase
P.O. Box 15298
Wilmington, DE 19850

International Filter Solutions,
13636 W IH 10
Marion, TX 78124

NDS, Inc.
6228 Reliable Parkway
Chicago, IL 60686


Christopher L. Mills
425 Sky Forest
San Antonio TX 78232

James S. Frost
Attorney at Law
113 West Gonzales
Seguin, Texas 78155

Nichols, Burton K.
3136 Bolton Rd.
Marion, TX 78124

Office Depot
P.O. Box 689020
Des Moines, IA  50368

Undertoe, LLC
13636 W IH-10
Marion, TX  78124


Performance Pro Pumps, Inc.
5976 SE Alexandar St., Ste. F
Hillsboro OR  97123

United States Attorney
Taxpayer Division
601 N.W. Loop 410, Suite 600
San Antonio, TX  78216-5512


Praxair Distribution, Inc.
550 Springfield Rd.
San Antonio, TX  78219

United States Attorney General
Main Justice Bldg., Rm 5111
10th & Constitution Ave.,N.W.
Washington, D.C.  20530


Process Technology
7010 Lindsay Dr.
Mentor, OH  44060

Weiss-Rohlig USA, LLC
351 W. Touhy Ave., Suite 100
Des Plaines, IL  60018


Ronald F. Malone
3218 Riverwalk Drive
Baton Rouge, LA  70820

Wells Fargo Financial Leasing M
300 Tri State International Sui
Lincolnshire, IL 60069-4417


Ryan Herco
3010 North San Fernando Blvd.
Burbank, CA  91504

William B. Kingman, Attorney at
4040 Broadway #450
San Antonio, TX  78209


Sam D. Milsap, Jr.
10999 IH 10 West, Suite 800
San Antonio, TX  78230

Williams Supply Company
P.O. Box 65054
San Antonio, TX  78265


Savard Plumbing Co.
Dept. LA  21074
Pasadena, CA  91185

Wolverine Electrical Contractor
102 Woodcrest
San Antonio, TX  78209


Ted Brockman
9147 Powhatan Drive
San Antonio, Texas  78230

YRC Inc
P.O. Box 111
Akron, OH  44393


Undertoe, LLC
13636 W. IH 10
Marion, TX  78124