**SO ORDERED.**

**SIGNED this 03rd day of June, 2010.**



_____
            **LEIF M. CLARK**
    **UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INTERNATIONAL FILTER | § | CASE NO. 10-51383C |
| SOLUTIONS, INC. | § | |
| | § | |
| Debtor | § | |

## NO OPPOSITION ORDER ON MOTION FOR RELIEF FROM STAY AGAINST PROPERTY

On this day came on to be considered the Motion for Relief from Stay Against Property heretofore filed by **BROADWAY NATIONAL BANK**, Movant, and after due consideration and being advised that the Trustee and Debtor do not oppose entry of this Order, the Court is of the opinion that such Motion should be in all things granted.

It is therefore ORDERED, ADJUDGED AND DECREED:

A.    That Movant has a perfected lien against the following:

- Blanket lien on any and all business assets including inventory, account receivables and equipment, whether any of the foregoing is owned now or acquired later, all accessions, additions, replacements, and substitutions relating to any of the foregoing, all records of any kind relating to any of

the foregoing, all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

B. That the Stay provided by 11 U.S.C. § 362 is vacated;

C. Movant is hereby permitted and authorized to proceed with its statutory and contractual rights and remedies it has available, including, but not limited to foreclosure of its liens in said property; and

D. Movant is authorized to file an amended claim for deficiency, if any, which claim shall be paid, pro rata with other unsecured claims in this Chapter 7 proceeding.

# # #

**APPROVED:**

CLEMENS & SPENCER
112 East Pecan, Suite 1300
San Antonio, Texas 78205
(210) 227-7121
(210) 227-0732 FAX

*/s/ James A. Hoffman*

---

James A. Hoffman
**ATTORNEYS FOR**
**BROADWAY NATIONAL BANK**