IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

CHAPTER 7 TRUSTEE'S NOTICE OF REFUND IN THE
AMOUNT OF $5,000.00 TO BURTON AND SALLY NICHOLS

NOW COMES RANDOLPH N. OSHEROW, Trustee of the bankruptcy estate of International Filter Solutions, Inc., Debtor in the above-entitled and numbered proceeding, and files this, his Notice of Refund in the Amount of $5,000.00 to Burton and Sally Nichols. The Trustee would show the Court the following:

1. On April 9, 2010 a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code. On April 9, 2010 Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's estate and continues to act in that capacity.

2. On June 1, 2010 Trustee filed his Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests.

3. On June 18, 2010 Trustee received $5,000.00 from Burton and Sally Nichols for the purchase of the Debtor's interest, if any, in Hydro Composites LLC, a company that was a supplier to Debtor, and that appears to be an alter ego of the Debtor, as well as the accounts receivable booked by the Debtor, owed by Hydro Composites, LLC to the Debtor.

4. Trustee received another bid and the process went to sealed bids.

5. The Trustee received and deposited a check in the amount of $8,013.00 from Burton and Sally Nichols, which was the winning bid. Therefore, their original bid of $5,000.00

that was deposited should be returned to the Nichols.

6. A copy of this Notice has been forwarded to all interested parties in accordance with Local Rule 9014.

Respectfully submitted this 24th day of June 2010.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the Chapter 7 Trustee's Notice of Refund in the Amount of $5,000.00 to Burton and Sally Nichols was served by U.S. first class mail, postage prepaid, upon the following parties of record this 24th day of June 2010:

International Filter Solutions, Inc.
c/o Chance M. McGhee
Davis Law Firm
909 NE Loop 410, Suite 100
San Antonio, TX 78209
**Debtor(s)**

Chance M. McGhee
Davis Law Firm
909 N.E. Loop 410, Suite 100
San Antonio, TX 78209
**Counsel for Debtor(s)**

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

Angela D. Nickel
LAW OFFICE OF ANGELA D. NICKEL, P.C.
105 E. Gonzales Street, Suite 205
Seguin, TX 78155
**Counsel for Purchaser**

SEE ATTACHED MATRIX FOR LIST OF ALL INTERESTED PARTIES NOTICED.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

3-D Welding & Industrial Supply, Inc.
3016 Highway 123
San Macros, TX 78666-9777

AMC Industries
P.O. Box 171290
San Antonio, TX 78217-8290

Aquatic Eco Systems
2395 Apopka Blvd. Ste. 100
Apopka, FL 32703-7785

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

Australian Global Services
Injection Plastics Mfg Co.
P.O. Box 380
Lapaz IN 46537-0380

Bead Filters International
5261 Highland Rd., #345
Baton Rouge, LA 70808-6547

Bow Tie, Inc.
P.O. Box 57900
Los Angeles, CA 90057-0900

Broadway National Bank
1177 NE Loop 410
P.O. Box 171250
San Antonio, TX 78217-8250

Burton R. Nicols
c/o Angela D. Nickel
105 E. Gonzales Street, #205
Seguin, TX 78155-5603

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Community Development Loan Fund, Inc.
225 West Poplar
San Antonio, TX 78212-5549

Diamond Plastics, Inc.
211 West Geneva St.
P.O. Box 99
Dunkirk OH 45836-0099

Employers Assurance Co.
115 Wild Basin Rd. South, Ste. 200
Austin, TX 78746-3303

Guadalupe County Tax Office
P.O. Box 70 (307 W. Court)
Seguin, TX 78156-0070

Guadalupe Valley Electric Cooperative
P.O. Box 118
Gonzales, TX 78629-0118

Hanor, Lively & Cernyar PLLC
750 Rittiman Road
San Antonio, TX 78209-5500

Herren Enterprises
46714 254th
Crooks, SD 57020-5815

International Filter Solutions, Inc.
13636 W IH 10
Marion, TX 78124-6583

James S. Frost
Attorney at Law
113 West Gonzales
Seguin, Texas 78155-5630

Kasco Marine, Inc.
800 Deere Rd.
Prescott, WI 54021-1241

Key Instruments
250 Andrews Rd.
Trevose, PA 19053-3428

Koi USA
10292 Bouvias Rd.
Anaheim, CA 92804-5614

L.F. Manufacturing, Inc.
P.O. Box 578
Giddings, TX 78942-0578

MDM, Inc. / Sequence Pumps, Inc.
325 Karen Lane
Colorado Springs, CO 80907-5128

MSC
28551 Laura Court
Elkhart, IN 46517-1179

Natvar
19555 E. Arenth Ave.
City of Industry, CA 91748-1403

NDS, Inc.
6228 Reliable Parkway
Chicago, IL 60686-0001

Nichols, Burton K.
3136 Bolton Rd.
Marion, TX 78124-6002

Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020

Performance Pro Pumps, Inc.
5976 SE Alexandar St., Ste. F
Hillsboro OR 97123-8516

Praxair Distribution, Inc.
550 Springfield Rd.
San Antonio, TX 78219-1881

Process Technology
7010 Lindsay Dr.
Mentor, OH 44060-4921

Ronald F. Malone
3218 Riverwalk Drive
Baton Rouge, LA 70820-4341

Ryan Herco
3010 North San Fernando Blvd.
Burbank, CA 91504-2524

Sam D. Milsap, Jr.
10999 IH 10 West, Suite 800
San Antonio, TX 78230-1349

Savard Plumbing Co.
Dept. LA 21074
Pasadena, CA 91185-0001

Southeastern Freight Lines
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Undertoe L.L.C.
c/o Angela D. Nickel
105 E. Gonzales Street, #205
Seguin, TX 78155-5603

Undertoe, LLC
13636 W. IH 10
Marion, TX 78124-6583

United States Attorney
Taxpayer Division
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Attorney General
Main Justice Bldg., Rm 5111
10th & Constitution Ave.,N.W.
Washington, D.C 20530-0001

Weiss-Rohlig USA, LLC
351 W. Touhy Ave., Suite 100
Des Plaines, IL 60018-6215

William B. Kingman, Attorney at Law
4040 Broadway #450
San Antonio, TX 78209-6350

Williams Supply Company
P.O. Box 65054
San Antonio, TX 78265-5054

Wolverine Electrical Contractors, Inc.
102 Woodcrest
San Antonio, TX 78209-2933

YRC Inc
P.O. Box 111
Akron, OH 44393-0001