IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

CHAPTER 7 TRUSTEE'S MOTION TO CORRECT ORDER (DOCKET NO. 17)
ON TRUSTEE'S MOTION TO SELL OR ABANDON DEBTOR'S PERSONAL
PROPERTY FREE AND CLEAR OF ALL LIENS AND INTERESTS
(WITH 21-DAY LANGUAGE)

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES RANDOLPH N. OSHROW, Chapter 7 Trustee ("Trustee) of the bankruptcy estate of International Filter Solutions, Inc., and files this Motion to Correct Order (Docket No. 17) on Trustee's Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests. The Trustee would show the Court the following:

1. On April 9, 2010 a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code. On April 9, 2010 Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's estate and continues to act in that capacity.

2. On June 1, 2008, Trustee filed his Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests *(21 Day Objection Language)* described as Debtor's interest, if any, in Hydro Composites LLC, a company that was a supplier to Debtor, and that appears to be an alter ego of the Debtor, as well as the accounts receivable booked by the Debtor, owed by Hydro Composites, LLC.

3. Trustee received more than one bid and the process then went to sealed bids. Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, won the bid with an offer of $8,013.00.

4. On June 23, 2010 Trustee received and deposited a check from Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, won the bid with an offer of $8,013.00.

5. On July 9, 2010 an Order was entered to abandon the personal property.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays the Court enter an Order authorizing the Trustee to sell the personal property to Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, for $8,013.00.

Respectfully submitted the 12th day of July 2010.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone
(210) 737-6312 – Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

    The undersigned hereby certifies that a true and correct copy of the Motion to Correct Order (Docket No. 17) to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests was served by U.S. first class mail, postage prepaid, upon the following parties of record this 12th day of July 2010:

International Filter Solutions, Inc.
c/o Chance M. McGhee
Davis Law Firm
909 NE Loop 410, Suite 100
San Antonio, TX 78209
**Debtor(s)**

Chance M. McGhee
Davis Law Firm
909 N.E. Loop 410, Suite 100
San Antonio, TX 78209
  **Counsel for Debtor(s)**

Burton K. Nichols and Sally Nichols
3230 Bolton Rd.
Marion, TX 78124
**Purchaser**

Mary K. Viegelahn
909 NE Loop 410, Suite 400
San Antonio, TX 78209
  **Chapter 13 Trustee**

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

SEE ATTACHED MATRIX FOR LIST OF ALL INTERESTED PARTIES NOTICED.

    /s/ Randolph N. Osherow
    RANDOLPH N. OSHEROW, Chapter 7 Trustee
    Texas State Bar No. 15335500
    342 W. Woodlawn, Suite 100
    San Antonio, Texas 78212
    (210) 738-3001 – Telephone
    (210) 737-6312 – Telefax
    rosherow@hotmail.com

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

3-D Welding & Industrial Supply, Inc.
3016 Highway 123
San Macros, TX 78666-9777

AMC Industries
P.O. Box 171290
San Antonio, TX 78217-8290

Aquatic Eco Systems
2395 Apopka Blvd. Ste. 100
Apopka, FL 32703-7785

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

Australian Global Services
Injection Plastics Mfg Co.
P.O. Box 380
Lapaz IN 46537-0380

Bead Filters International
5261 Highland Rd., #345
Baton Rouge, LA 70808-6547

Bow Tie, Inc.
P.O. Box 57900
Los Angeles, CA 90057-0900

Broadway National Bank
1177 NE Loop 410
P.O. Box 171250
San Antonio, TX 78217-8250

Burton R. Nicols
c/o Angela D. Nickel
105 E. Gonzales Street, #205
Seguin, TX 78155-5603

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Community Development Loan Fund, Inc.
225 West Poplar
San Antonio, TX 78212-5549

Diamond Plastics, Inc.
211 West Geneva St.
P.O. Box 99
Dunkirk OH 45836-0099

Employers Assurance Co.
115 Wild Basin Rd. South, Ste. 200
Austin, TX 78746-3303

Guadalupe County Tax Office
P.O. Box 70 (307 W. Court)
Seguin, TX 78156-0070

Guadalupe Valley Electric Cooperative
P.O. Box 118
Gonzales, TX 78629-0118

Hanor, Lively & Cernyar PLLC
750 Rittiman Road
San Antonio, TX 78209-5500

Herren Enterprises
46714 254th
Crooks, SD 57020-5815

International Filter Solutions, Inc.
13636 W IH 10
Marion, TX 78124-6583

James S. Frost
Attorney at Law
113 West Gonzales
Seguin, Texas 78155-5630

Kasco Marine, Inc.
800 Deere Rd.
Prescott, WI 54021-1241

Key Instruments
250 Andrews Rd.
Trevose, PA 19053-3428

Koi USA
10292 Bouvias Rd.
Anaheim, CA 92804-5614

L.F. Manufacturing, Inc.
P.O. Box 578
Giddings, TX 78942-0578

MDM, Inc. / Sequence Pumps, Inc.
325 Karen Lane
Colorado Springs, CO 80907-5128

MSC
28551 Laura Court
Elkhart, IN 46517-1179

Natvar
19555 E. Arenth Ave.
City of Industry, CA 91748-1403

NDS, Inc.
6228 Reliable Parkway
Chicago, IL 60686-0001

Nichols, Burton K.
3136 Bolton Rd.
Marion, TX 78124-6002

Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020

| | | |
|---|---|---|
| Performance Pro Pumps, Inc.<br>5976 SE Alexandar St., Ste. F<br>Hillsboro OR 97123-8516 | Praxair Distribution, Inc.<br>550 Springfield Rd.<br>San Antonio, TX 78219-1881 | Process Technology<br>7010 Lindsay Dr.<br>Mentor, OH 44060-4921 |
| Ronald F. Malone<br>3218 Riverwalk Drive<br>Baton Rouge, LA 70820-4341 | Ryan Herco<br>3010 North San Fernando Blvd.<br>Burbank, CA 91504-2524 | Sam D. Milsap, Jr.<br>10999 IH 10 West, Suite 800<br>San Antonio, TX 78230-1349 |
| Savard Plumbing Co.<br>Dept. LA 21074<br>Pasadena, CA 91185-0001 | Southeastern Freight Lines<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | Undertoe L.L.C.<br>c/o Angela D. Nickel<br>105 E. Gonzales Street, #205<br>Seguin, TX 78155-5603 |
| Undertoe, LLC<br>13636 W. IH 10<br>Marion, TX 78124-6583 | United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | United States Attorney General<br>Main Justice Bldg., Rm 5111<br>10th & Constitution Ave.,N.W.<br>Washington, D.C 20530-0001 |
| Weiss-Rohlig USA, LLC<br>351 W. Touhy Ave., Suite 100<br>Des Plaines, IL 60018-6215 | William B. Kingman, Attorney at Law<br>4040 Broadway #450<br>San Antonio, TX 78209-6350 | Williams Supply Company<br>P.O. Box 65054<br>San Antonio, TX 78265-5054 |
| Wolverine Electrical Contractors, Inc.<br>102 Woodcrest<br>San Antonio, TX 78209-2933 | YRC Inc<br>P.O. Box 111<br>Akron, OH 44393-0001 | |