# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

### CHAPTER 7 TRUSTEE'S MOTION TO ALLOW CLAIM NO. 18 AS AN UNSECURED CLAIM AND DENY CLAIM NO. 19 AS A DUPLICATE CLAIM

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of International Filter Solutions, Inc. and files his MOTION TO ALLOW CLAIM NO. 18 AS AN UNSECURED CLAIM AND DENY CLAIM NO. 19 AS A DUPLICATE CLAIM. The Trustee would show the Court the following:

1. On April 9, 2010 a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code. On April 9, 2010 Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's estate and continues to act in that capacity.

2. By Order of the Court, July 19, 2010 was established as the bar date for the filing of proofs of claim by creditors with claim against the estate.

3. This Motion is filed pursuant to Rule 3007 and 11 U.S.C. §§ 501 and 502 to allow Claim No. 18 filed on behalf of the Dr. Ronald F. Malone and Bead Filters International in the

amount of $87,086.93 as an unsecured claim and to deny Claim No. 19 filed on behalf of the Dr. Ronald F. Malone and Bead Filters International in the amount of $87,086.93 as a duplicate claim.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays this Court enter an Order allowing Claim No. 18 filed on behalf of the Dr. Ronald F. Malone and Bead Filters International in the amount of $87,086.93 as an unsecured claim and denying Claim No. 19 as a duplicate claim as set forth above.

Respectfully submitted this 9th day of August 2010.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
Texas State Bar No. 55335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: § CASE NO. 10-51383-LMC
§
INTERNATIONAL FILTER § 
SOLUTIONS, INC., §
§
DEBTOR. § CHAPTER 7 PROCEEDING

CERTIFICATE OF MAILING

     I certify that a true and correct copy of CHAPTER 7 TRUSTEE'S MOTION TO ALLOW CLAIM NO. 18 AS AN UNSECURED CLAIM AND DENY CLAIM NO. 19 AS A DUPLICATE CLAIM was mailed to the below-named persons by U.S. first class mail, postage prepaid this 9th day of August 2010:

International Filter Solutions, Inc.
c/o Chance M. McGhee
Davis Law Firm
909 NE Loop 410, Suite 100
San Antonio, TX 78209
**Debtor(s)**

Chance M. McGhee
Davis Law Firm
909 N.E. Loop 410, Suite 100
San Antonio, TX 78209
**Counsel for Debtor(s)**

Dr. Ronald F. Malone and Bead Filters International
27 Waterview Drive
Shelton, CT 06484
**Creditor**

U.S. Trustee
P.O. Box 1539
San Antonio, Texas  78295

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
Texas State Bar No. 55335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**