**SO ORDERED.**

**SIGNED this 11th day of August, 2010.**



_____
**LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER SOLUTIONS, INC., | § § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

### ORDER AUTHORIZING TRUSTEE TO SELL DEBTOR'S PERSONAL PROPERTY

On the day this Order was signed, came for consideration the Trustee's Motion to Correct Order (Docket No. 17) on Trustee's Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests. The Court, finding notice was properly given pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules, and no response or objection having been made or sustained, the Court finds the Motion is meritorious. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to sell Debtor's personal property described as the bankruptcy estate's interest in Hydro Composites LLC, a company that was a supplier to Debtor, and the accounts receivable booked by Debtor as owed to the Debtor by Hydro Composites LLC to Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, for $8,013.00.

### # # #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Fax
rosherow@hotmail.com