**SO ORDERED.**

**SIGNED this 11th day of August, 2010.**



_____
**LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

ORDER AUTHORIZING TRUSTEE TO SELL DEBTOR'S PERSONAL PROPERTY

     On the day this Order was signed, came for consideration the Trustee's Motion to Correct Order (Docket No. 17) on Trustee's Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests. The Court, finding notice was properly given pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules, and no response or objection having been made or sustained, the Court finds the Motion is meritorious. It is, therefore,

     ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to sell Debtor's personal property described as the bankruptcy estate's interest in Hydro Composites LLC, a company that was a supplier to Debtor, and the accounts receivable booked by Debtor as owed to the Debtor by Hydro Composites LLC to Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, for $8,013.00.

###

RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Fax
rosherow@hotmail.com

# CERTIFICATE OF NOTICE

```
District/off: 0542-5          User: hernandez          Page 1 of 1              Date Rcvd: Aug 11, 2010
Case: 10-51383                Form ID: pdfintp         Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 13, 2010.
        +Burton & Sally Nichols,   3230 Bolton Rd.,   Marion, TX 78124-6002

The following entities were noticed by electronic transmission.
NONE.                                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2010**                                                        **Signature:** _/s/ Joseph Speetjens_