IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## REPORT OF SALE OF PERSONAL PROPERTY OF DEBTOR

COMES NOW RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of International Filter Solutions, Inc., and files this Report, and would show the Court the following:

1. On June 1, 2008, Trustee filed his Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests *(21 Day Objection Language)* described as Debtor's interest, if any, in Hydro Composites LLC, a company that was a supplier to Debtor, and that appears to be an alter ego of the Debtor, as well as the accounts receivable booked by the Debtor, owed by Hydro Composites, LLC.

2. Trustee received more than one bid and the process then went to sealed bids. Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, won the bid with an offer of $8,013.00.

3. On June 23, 2010 Trustee received and deposited a check from Burton K. Nichols and Sally Nichols, 3230 Bolton Rd., Marion, TX 78124, won the bid with an offer of $8,013.00.

4. On July 9, 2010 an Order was entered to abandon the personal property.

5. On July 12, 2010 Trustee filed his Motion to Correct Order (Docket No. 17) on Trustee's Motion to Sell or Abandon Debtor's Personal Property Free and Clear of All Liens and Interests.

6. On August 11, 2010 an Order was entered to sell the property described as Debtor's interest, if any, in Hydro Composites LLC, a company that was a supplier to Debtor, and that appears to be an alter ego of the Debtor, as well as the accounts receivable booked by the Debtor, owed by Hydro Composites, LLC to Burton K. Nichols and Sally Nichols.

Trustee has executed and delivered the proper document for the sale of the personal property of Debtor to the buyers.

Respectfully submitted this 16th day of August 2010.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001- Telephone
(210) 737-6312 – Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51383-LMC |
| | § | |
| INTERNATIONAL FILTER | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

    The undersigned hereby certifies that a true and correct copy of the Trustee's Report of Sale of Personal Property of Debtor Free and Clear of All Liens and Interests was served upon the following parties in interest by U.S. first class mail, postage prepaid this 16th day of August 2010:

U.S. Trustee
P.O. Box 1539
San Antonio, Texas 78295

                                        /s/ Randolph N. Osherow
                                      RANDOLPH N. OSHEROW, Chapter 7 Trustee
                                      Texas State Bar No. 15335500
                                      342 West Woodlawn, Suite 100
                                      San Antonio, Texas 78212
                                      (210) 738-3001 - Telephone
                                      (210) 737-6312 - Telefax
                                      rosherow@hotmail.com